UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT A. BURT, OWEN M. FISS,
HAROLD HONGJU KOH, KENJI YOSHINO,
BRUCE ACKERMAN, ANNE L. ALSTOTT,
IAN AYRES, JACK M. BALKIN, YOCHAI BENKLER,
RICHARD R. W. BROOKS, AMY L. CHUA,
MORRIS L. COHEN, DENNIS E. CURTIS,
HARLON L. DALTON, DREW S. DAYS, III,
BRETT DIGNAM, STEVEN B. DUKE,
WILLIAM N. ESKRIDGE, JR., DANIEL S. ESTY,
DANIEL J. FREED, ROBERT W. GORDON,
OONA A. HATHAWAY, DAN M. KAHAN,
PAUL W. KAHN, JAY KATZ, S. BLAIR KAUFFMAN,
ALVIN K. KLEVORICK, ANTHONY T. KRONMAN,
CARROLL L. LUCHT, DANIEL MARKOVITS,
JERRY L. MASHAW, JEAN KOH PETERS,
ROBERT C. POST, J.L. POTTENGER, JR.,
JUDITH RESNIK, CAROL M. ROSE,
SUSAN ROSE-ACKERMAN, JED RUBENFELD,
VICKIE SCHULTZ, REYA SIEGEL, ROBERT A. SOLOMON,
CONSERVATOR STEPHEN WIZNER, JOHN G. SIMON,
MICHAEL J. WISHNIE, faculty members of the Yale Law School*

      v.                                  3:03cv1777 JCH

ROBERT M. GATES, U.S. Secretary of Defense**

A M E N D E D   J U D G M E N T

This matter came on for consideration before the Hon. Janet C. Hall, United States District Judge as a result of a remand by the United States Court of Appeals for the Second Circuit. On November 8, 2007, a Mandate was issued reversing the judgment of the U.S. District Court and remanding the case for the entry of judgment in favor of the defendant in accordance with the opinion of the U.S. Court of Appeals for the Second Circuit.

Therefore, it is ORDERED and ADJUDGED that the judgment entered on February 3, 2005, is vacated. Judgment is entered for the defendant in accordance with the

opinion of the U.S. Court of Appeals for the Second Circuit and the case is closed.

Dated at Bridgeport, Connecticut, this 16th day of November, 2007.

ROBERTA D. TABORA, Clerk

By    /s/ Chrystine W. Cody
Deputy-in-Charge

_____
*Official caption conformed with the Mandate.
** Secretary of Defense Gates was substituted for his predecessor to conform with the Mandate.


Entered on Docket _____